| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Eastern__ District of __Wisconsin__ (State) |
| Case number (If known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

MM Mechanical, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 5 - 0 5 5 6 7 9 8
EIN

**5. Debtor's address**

**Principal place of business**

4620 S. Taylor Drive
Number    Street

Sheboygan         WI    53081
City              State  ZIP Code

Sheboygan
County

**Mailing address, if different**

Number    Street

P.O. Box

City              State  ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City              State  ZIP Code

| Debtor | MM Mechanical, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 6. Debtor's website (URL) | https://mmmechanicalllc.com/ |
|---|---|

| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|
| | ☐ Partnership (excluding LLP) |
| | ☐ Other type of debtor. Specify: _____ |

| 8. Type of debtor's business | *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the types of business listed. |
| | ☐ Unknown type of business. |

| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No |
|---|---|
| | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| | MM / DD / YYYY |
| | Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| | MM / DD / YYYY |

### Part 3: Report About the Case

| 10. Venue | *Check one:* |
|---|---|
| | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|
| | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | *At least one box must be checked:* |
| | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No |
|---|---|
| | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor: MM Mechanical, LLC

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Wisconsin Sheet Metal Health and Benefit Fund | ERISA Fringe Benefits | $44,889.35 |
| Retirement Plan for Employees Represented by Sheet Metal Workers Local Union 18 | ERISA Fringe Benefits | $29,084.97 |
| Sheet Metal Workers Local #18 Training Fund | ERISA Fringe Benefits | $2,483.01 |
| | Total of petitioners' claims | $76,457.33 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
The Wisconsin Sheet Metal Health and Benefit Fund
Name
2201 Springdale Road
Number Street
Waukesha      WI      53186
City          State   ZIP Code

Name and mailing address of petitioner's representative, if any
Scott Knocke
Name
2201 Springdale Road
Number Street
Waukesha      WI      53186
City          State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/28/2023
MM / DD / YYYY

x _Signature_ Co-Chair
Signature of petitioner or representative, including representative's title

**Attorneys**

Alex J. Sterling
Printed name
The Previant Law Firm, S.C.
Firm name, if any
310 West Wisconsin Avenue, Suite 100MW
Number Street
Milwaukee     WI      53203
City          State   ZIP Code

Contact phone (414) 271-4500    Email ajs@previant.com

Bar number 1107931

State WI

x _Signature_
Signature of attorney

Date signed 06/30/2023
MM / DD / YYYY

Debtor: MM Mechanical, LLC

Case number (if known): _____

**Name and mailing address of petitioner**
Retirement Plan for Employees Represented by Sheet Metal Workers Local Union 18
Name

2201 Springdale Road
Number  Street

Waukesha, WI 53186
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**
Scott Knocke
Name

2201 Springdale Road
Number  Street

Waukesha, WI 53186
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/28/2023 (MM/DD/YYYY)

x _/s/ Scott Knocke_ Co-Chair
Signature of petitioner or representative, including representative's title

Alex J. Sterling
Printed name

The Previant Law Firm, S.C.
Firm name, if any

310 West Wisconsin Avenue, Suite 100MW
Number  Street

Milwaukee, WI 53203
City  State  ZIP Code

Contact phone (414) 271-4500  Email ajs@previant.com

Bar number 1107931

State WI

x _/s/ Alex J. Sterling_
Signature of attorney

Date signed 06/30/2023 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**
Sheet Metal Workers Local #18 Training Fund
Name

2201 Springdale Road
Number  Street

Waukesha, WI 53186
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**
Matthew Van Der Puy
Name

2201 Springdale Road
Number  Street

Waukesha, WI 53186
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/28/2023 (MM/DD/YYYY)

x _/s/ Matt VDP_ - Co-Chair
Signature of petitioner or representative, including representative's title

Alex J. Sterling
Printed name

The Previant Law Firm, S.C.
Firm name, if any

310 West Wisconsin Avenue, Suite 100 MW
Number  Street

Milwaukee, WI 53203
City  State  ZIP Code

Contact phone (414) 271-4500  Email ajs@previant.com

Bar number 1107931

State WI

x _/s/ Alex J. Sterling_
Signature of attorney

Date signed 06/30/2023 (MM/DD/YYYY)