UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

*In re:*

MM Mechanical, LLC,

Case No. 23-23010-kmp

Debtor.

## NOTICE OF DEBTOR'S MOTION TO SHORTEN TIME AND REQUEST FOR EXPEDITED HEARING AND NOTICE OF DEBTOR'S MOTION TO CONVERT INVOLUNTARY CHAPTER 7 CASE TO A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Debtor, MM Mechanical, LLC, by its attorneys, Krekeler Law, S.C., has filed with the Court a Motion to Shorten Time and Request for Expedited Hearing (the "Motion to Expedite"), which seeks to shorten the notice period and requests an expedited hearing on Debtor's Motion to Convert Involuntary Chapter 7 Case to a Case Under SubChapter V of Chapter 11 (the "Motion to Convert")(collectively, the "Motions"). Copies of the Motions are attached hereto and incorporated herein.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to order the relief sought in Debtor's Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend a hearing to be scheduled before the Honorable Katherine Perhach, presiding in her regular courtroom in the United States Bankruptcy Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motions and may enter an order approving said Motions.

Dated November 3, 2023.

**KREKELER LAW, S.C.**

By: */s/ John P. Driscoll*
John P. Driscoll
State Bar No. 1091318
Attorneys for Debtor,
MM Mechanical LLC

**ADDRESS:**
26 Schroeder Court
Madison, WI 53713
Phone: (608) 258-8555
jdriscoll@ks-lawfirm.com