UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

*In re:*

MM Mechanical, LLC,    **Case No. 23-23010-kmp**

　　Debtor.

## ORDER SHORTENING TIME FOR NOTICE AND SCHEDULING HEARING

　　On November 3, 2023, the Debtor filed a Motion to Convert Involuntary Chapter 7 Case to a Case Under SubChapter V of Chapter 11 (the "Motion to Convert"). The Debtor also filed a Motion to Shorten Notice and Request for an Expedited Hearing on the Motion to Convert. The Court finds cause to expedite consideration of the Motions. Accordingly,

　　**IT IS THEREFORE ORDERED**: a hearing on (1) the Motion to Convert Involuntary Chapter 7 Case to a Case Under SubChapter V of Chapter 11 will be held on a date to be determined by the Honorable Katherine Perhach, presiding in her regular courtroom in the United States Bankruptcy Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202. <u>Parties may appear by phone, but persons appearing by phone may not examine witnesses or present evidence.</u>

　　**IT IS FURTHER ORDERED:** objections to the Motion to Convert must be in writing and filed with the Court and served on counsel for the Debtor on a date to be determined.

#####